CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

NOV 0 2 2011

JULIA ...., CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADRIAN NATHANIEL BACON, | ) |
| Plaintiff, | ) Civil Action No. 7:11cv00272 |
| v. | ) **ORDER** |
| G. VARNER, et al., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the court's memorandum opinion entered on this date, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED** and the case is **STRICKEN** from the active docket of the court.

**ENTER:** this 2nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

5