CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FILED
NOV 02 2011

JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADRIAN NATHANIEL BACON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:11cv00272 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| G. VARNER, et al., ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

In accordance with the court's memorandum opinion entered on this date, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED** and the case is **STRICKEN** from the active docket of the court.

**ENTER:** this 2nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE